UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Sadek & Cooper Law Offices**
**1315 Walnut Street**
**Suite 502**
**Philadelphia, PA 19107**
**215-545-0008**

**Attorney for Debtor**

In re:

       **Byron Dubose**

| | |
|---|---|
| Case No.: | **18-16883** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Altenburg |

## CERTIFICATION OF SERVICE

1.  I, <u>Karen M. Campling</u> :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for <u>Brad J. Sadek, Esq.</u> , who represents

    <u>Byron Dubose</u> in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.    On <u>10/17/2018</u> , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Chapter 13 Debtor's Certification in Opposition**

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  <u>October 17, 2018</u>

<u>/s/ Karen M. Campling</u>
Signature

1

Best Case Bankruptcy

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 0800 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Byron Dubose<br>106 Lakeside Drive<br>Atco, NJ 08004 | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy